NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3359

JAMES A. BRADY,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752070324-I-1.

ON MOTION

Before LOURIE, Circuit Judge.

O R D E R

James A. Brady moves for reconsideration of the court's June 16, 2009 order dismissing his petition for review for failure to file the appendix.

Counsel for Brady states that he submitted a motion to reinstate the petition for review on June 18, 2009 with the appendix. However, the court's docket sheet does not reflect that such a motion was filed. Nevertheless, the court will grant the motion for reinstatement if Brady submits 12 copies of his reply brief and the joint appendix within the time set forth below.*

Accordingly,

IT IS ORDERED THAT:

---

\* Due to the length of time that elapsed between Brady's submission of the reply brief and appendix and the filing of the motion to reinstate the petition, the court did not retain the copies of the reply brief and appendix.

The motion for reconsideration will be granted, the mandate will be recalled, and the petition will be reinstated if Brady submits 12 copies of the reply brief and joint appendix within 14 days of the date of filing of this order.

FOR THE COURT

NOV 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Morris E. Fischer, Esq.
      Austin M. Fulk, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 5 2009

JAN HORBALY
CLERK